Civil Action No. 4:24-CV-01273-MWB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HUGHES NETWORK SYSTEMS, LLC, RESIDENT AGENT, CORPORATION SERVICE COMPANY was received by me on *(date)* Jul 30, 2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim DiVincenzo, Process Specialist, CORPORATION SERVICE COMPANY, RESIDENT AGENT, who is designated by law to accept service of process on behalf of *(name of organization)* HUGHES NETWORK SYSTEMS, LLC, AT 84 STATE STREET, BOSTON, MA 02109 on *(date)* Wed, Jul 31 2024 @ 12:30PM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: 07/31/2024

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 31, 2024, 12:30 pm EDT at 84 STATE ST, BOSTON, MA 02109 received by Jim DiVincenzo, Process Specialist . Age: 60 - 70; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'10"; Hair: Gray;

**Documents Served:** SUMMONS IN A CIVIL ACTION; AND CLASS ACTION COMPLAINT.