IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUGHES NETWORK SYSTEMS, LLC<br><br>Defendant. | Case No. 4:24-CV-01273-MWB<br><br>Hon. Matthew W. Brann |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate that this action be dismissed with prejudice, with each party bearing its own attorneys' fees, costs and expenses.

RESPECTFULLY SUBMITTED AND DATED this December 12, 2024.

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

Elyse D. Echtman
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 378-7551
eechtman@steptoe.com

*Counsel for Defendant*